442 A.2d 339

Commonwealth v. Scott, Appellant.

Submitted March 4, 1981. Albert J. Flora, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.